# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THU PHUNG,  :  <br>        Plaintiff,  : <br>           : <br>    v.  : <br>           : <br> CAROLYN COLVIN, acting  : <br> commissioner of social  : <br> security,  : <br>        Defendant.  : | Civ. No. 16-329 |

## O R D E R

**AND NOW**, this 16th day of November, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 9), Defendant's Response (Doc. No. 10), Plaintiff's Reply (Doc. No. 13), and the Magistrate Judge's Report and Recommendation (Doc. No. 14), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 14) is **APPROVED** and **ADOPTED**; and

2. This matter is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) so that the Administrative Law Judge can re-examine Plaintiff's residual functional capacity as set forth in the Report and Recommendation.

                                                              **IT IS SO ORDERED.**

                                                              */s/ Paul S. Diamond*
                                                              **Paul S. Diamond, J.**